UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.P.W., <br> Plaintiff, <br> v. <br> CITY OF OAKLAND, et al., <br> Defendants. | Case No. 17-cv-06884-SK <br><br> **ORDER TO SHOW CAUSE** <br><br> Regarding Docket No. 14 |

On March 21, 2018, Defendant City of Oakland filed a motion to dismiss and noticed it for a hearing on May 7, 2018. Under Northern District of California Local Rule 7-3(a), the Plaintiff's response was due by April 4, 2018. To date, Plaintiff S.P.W. has not filed an opposition brief. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why the Court should not dismiss the case for lack of prosecution or grant Defendant's motion unopposed. Plaintiff's response to this Order to Show Cause is due no later than April 20, 2018.

If Plaintiff seeks to file an untimely opposition brief, Plaintiff must submit a request to do so showing good cause for the failure to comply with the deadline required by the Local Rules, and must submit the proposed opposition brief with the request. If Plaintiff fails to file a response to this Order to Show Cause by April 20, 2018, the Court shall dismiss this case without prejudice without further notice to Plaintiff.

**IT IS SO ORDERED**.

Dated: April 16, 2018

_____
SALLIE KIM
United States Magistrate Judge