UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.P.W., <br>             Plaintiff, <br>    v. <br> CITY OF OAKLAND, et al., <br>             Defendants. | Case No. 17-cv-06884-SK <br><br> **ORDER DISMISSING PLAINTIFF'S CLAIM FOR MONELL LIABILITY** <br><br> Regarding Docket No. 14 |

On March 21, 2018, Defendant City of Oakland filed a motion to dismiss Plaintiff's claim for *Monell* liability. (Dkt. 14.) The Plaintiff's response was due by April 4, 2018; however no opposition brief was filed. In response to the Court's order to show cause, Plaintiff filed a notice of non-opposition and advised the Court that it does not oppose Defendant's motion. (Dkts. 18, 19.) Therefore, Defendant's Motion to Dismiss Plaintiff's *Monell* claim is GRANTED.

**IT IS SO ORDERED**.

Dated: April 20, 2018



SALLIE KIM
United States Magistrate Judge