1  JOHN L. BURRIS ESQ., SBN 69888
   K. CHIKE ODIWE, ESQ., SBN 315109
2  LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Centre
3  7677 Oakport Street, Suite 1120
   Oakland, California 94621
4  Telephone: (510) 839-5200
   Facsimile: (510) 839-3882
5  john.burris@johnburrislaw.com
   chike.odiwe@johnburrislaw.com

6  Attorneys for Plaintiff
   S.P.W., by and through her Guardian ad Litem
7  Miesha Singleton,

8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11  | S.P.W., by and through her Guardian ad Litem Miesha Singleton, | Case No. 3:17-cv-06884-SK |
    |---|---|
12  | Plaintiff, | **NOTICE TO COURT OF SETTLEMENT** |
13  | vs. | |
14  | CITY OF OAKLAND, a municipal corporation; ANTHONY MARTINELLI, individually and in his official capacity as an officer for the Oakland Police Department; and DOES 1-50, inclusive, individually and in their official capacity as police officers for the Oakland Police Department, | |
    | Defendants. | |

19     NOTICE is hereby given that the above referenced matter was settled on or about August 10, 2018. The settlement, of course, requires the plaintiff to dismiss the case in full with prejudice, with each side to bear its own attorneys' fees and costs.

     It is requested by the parties that the clerk give immediate NOTICE to Magistrate Judge Laporte of this settlement and remove the Settlement Conference scheduled in this case from her calendar.

CASE NO.  **3:17-cv-06884-SK**                    1

Dated: September 3, 2018

                                    LAW OFFICES OF JOHN BURRIS

                                    By:. *K. Chike Odiwe*
                                         K. CHIKE ODIWE, ESQ.
                                         Attorneys for Plaintiff
                                         S.P.W.